# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIGEL ALI MAITLAND | : | Civil No. 3:16-cv-2044 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ROBERT GILMORE, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

AND NOW, to wit, this 4th day of September 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

.

                    BY THE COURT:

                    **s/James M. Munley**
                    **JUDGE JAMES M. MUNLEY**
                    **United States District Court**